UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VESTA FIRE INSURANCE CORPORATION,

        Plaintiff,         CIV. S-04-0296 FCD PAN

    v.

                              ORDER

INSURANCES VENTURES, INC., et al.,

        Defendants.

—oOo—

On July 21, 2005, the Honorable Frank C. Damrell Jr., scheduled a status conference before this court for July 27, 2005, to assess the merits of (1) the Amended Notice of Withdrawal of Counsel filed July 1 by co-counsel for defendant Insurance Ventures Inc., and (2) the Motions to Substitute Counsel filed July 11 by defendants Stephanie Francis Smith and Carl Frank respectively.  Due to the unavailability of co-counsel for Insurance Ventures Inc., the status conference was vacated and the matters submitted for decision on the papers.

1  After careful review of the moving papers in light of the
2 court's ongoing concerns regarding a potential conflict of
3 interest by counsel for defendants, the motions to substitute
4 counsel are approved.
5  So ordered.
6  Dated:  July 27, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge