UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VESTA FIRE INSURANCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> INSURANCE VENTURES, INC.; PAUL MCNEESE ROESSER; RONALD CLARK COLTON; STEPHANIE FRANCIS SMITH; CARL FRANK; LAW OFFICES OF COLTON & ROESSER, <br><br> Defendants. | 2:04-cv-00296-GEB-PAN <br><br> ORDER REINSTATING AMENDED STATUS (PRETRIAL SCHEDULING) ORDER |

The Amended Status (Pretrial Scheduling) Order filed on February 8, 2005, and vacated on September 27, 2005, is reinstated with the following modification at page 3, lines 20-21: "All dispositive motions, except motions for continuances, temporary restraining orders or other emergency applications, shall be heard no later than **December 21, 2005**." Therefore, the Order Setting Status (Pretrial Scheduling) Conference filed on September 27, 2005, is vacated.

IT IS SO ORDERED.

DATED: September 29, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge