IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VESTA FIRE INSURANCE CORP., | 02:04-cv-0296-GEB-PAN |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| INSURANCE VENTURES, INC.; PAUL MCNEECE ROESSER; RONALD CLARK COLTON; STEPHANIE FRANCIS SMITH; CARL FRANK; LAW OFFICES OF COLTON & ROESSER; DOES 1 THROUGH 10, | |
| Defendants. | |

On November 23, 2005, a facsimile from Plaintiff's counsel was delivered to the undersigned judge's chambers. Apparently, the facsimile was originally sent to the Magistrate Judge and subsequently hand-delivered to chambers. Local Rule 5-133(e)(4) states that "[d]ocuments directly faxed . . . to a chambers of the Court will not be . . . received, [or] returned . . . ." Therefore, the facsimile sent by Plaintiff's counsel was destroyed without being reviewed by the Court. Counsel is directed to Local Rule 5-133 for instructions on how to properly file documents with the Court.

Dated: November 15, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge