FILED

AUG - 3 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VESTA FIRE INS. CORP.,           )
                                 )    2:04-cv-0296-GEB-PAN (JFM)
                Plaintiff,       )
                                 )    ORDER
     v.                          )
                                 )
INSURANCE VENTURES INC., et al., )
                                 )
                Defendants.      )
_____)

       The attached letter is being filed since it seeks a status conference. The parties shall file a joint status report no later than August 10, 2006, in which they propose the exact amendments to the pretrial order they seek, and any other relief sought. The determination whether a status conference is needed will be made after consideration of the required joint status report.

       IT IS SO ORDERED.

Dated:  August 3, 2006

                                     /s/ Garland E. Burrell, Jr.
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge

# HINSHAW
& CULBERTSON LLP

ATTORNEYS AT LAW
One California Street
18th Floor
San Francisco, CA 94111

T 415-362-6000
F 415-834-9070
www.hinshawlaw.com

VIA E-MAIL AND U.S. MAIL

August 2, 2006

Honorable Garland E. Burrell
USDC -- Eastern District
Sacramento Division
501 "I" Street, Suite 13-200
Sacramento, CA 95814

    Re:    Vesta Fire Ins. Corp. v. Insurance Ventures, Inc., et al.
            USDC -- Eastern District Case No. S-04-0296 GEB PAN
            Trial Date: September 26, 2006

Dear Judge Burrell:

    Vesta Fire Insurance Corporation, Insurance Ventures, Inc. and the individual defendants jointly write this letter to bring to the Court's attention certain developments in this case since the filing of the pre-trial statement and the issuance of the pre-trial order.

    Specifically, Vesta and Insurance Ventures proceeded to trial in Sacramento County Superior Court and the trial judge issued a defense verdict in favor of Vesta. The Statement of Decision is being finalized. The rulings in that action may affect this federal court action, and there is a probability that Insurance Ventures will appeal the verdict. In either event, the parties wish to modify the joint pre-trial statement to reflect these later developments and respectfully submit that the pre-trial order should be revised to take into consideration these later developments.

    Further, Vesta has been placed in conservatorship and a receiver has been appointed.

Honorable Garland E. Burrell
August 2, 2006
Page 2

Secondarily, the parties wish to address certain issues arising from the initial pre-trial order.

The parties request a conference, either by telephone or in court, to bring the Court up to date on the developments in the state court action, the conservatorship and any rehabilitation orders and to obtain direction on how best to proceed given these new developments.

Should the Court decide to proceed by conference call, counsel for Insurance Ventures agrees to initiate the proceedings and to give notice to the Court and to all counsel of the call-in and conferencing numbers.

This letter has been approved by all counsel.

Respectfully submitted,

Very truly yours,

*Joseph J. De Hope, Jr.*

JOSEPH J. DE HOPE, JR., ESQ.

cc: John S. Pierce, Esq.
    Glenn W. Peterson, Esq.
    Roland C. Colton, Esq.

2946805v1 845788