IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VESTA FIRE INSURANCE CORP.,               )
                                          )       2:04-cv-0296-GEB-PAN
                    Plaintiff,            )
                                          )
          v.                              )
                                          )
                                          )       ORDER
INSURANCE VENTURES, INC.; PAUL            )
MCNEECE ROESSER; ROLAND CLARK             )
COLTON; STEPHANIE FRANCIS SMITH;          )
CARL FRANK; and LAW OFFICES OF            )
COLTON & ROESSER,                         )
                                          )
                    Defendants.           )
_____)
                                          )
AND RELATED COUNTER-CLAIM AND             )
THIRD-PARTY COMPLAINT                     )
                                          )
_____)

          At or before the further pretrial conference on August

22, 2006, Vesta Fire Insurance Corporation ("Vesta") shall provide

a clearer statement of its counsel's authority to continue

litigating this action on behalf of Vesta.  This is requested

because Vesta's statement in the Amended Joint Status Report that

"[t]he Liquidator has expressed its desire to continue to pursue

/////

/////

/////

1

1  claims against Insurance Ventures and the individual defendants in

2  this . . . [a]ction" does not pointedly address this issue.

3          IT IS SO ORDERED.

4  Dated:  August 14, 2006

5

6                                    /s/ Garland E. Burrell, Jr.
                                     GARLAND E. BURRELL, JR.
7                                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28