```
 1
 2
 3
 4
 5
 6
 7                    IN THE UNITED STATES DISTRICT COURT
 8                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
   VESTA FIRE INSURANCE CORP.,        )
10                                    )     2:04-cv-0296-GEB-EFB
                        Plaintiff,    )
11                                    )     ORDER
        v.                            )
12                                    )
   INSURANCE VENTURES, INC.; PAUL     )
13 MCNEECE ROESSER; ROLAND CLARK      )
   COLTON; STEPHANIE FRANCIS SMITH;   )
14 CARL FRANK; and LAW OFFICES OF     )
   COLTON & ROESSER,                  )
15                                    )
                        Defendants.   )
16 _____)
```

17          On August 30, 2006, Insurance Ventures, Inc. ("IV") filed an
18 objection to the Amended Final Pretrial Order ("AFPO").
19          First, IV objects because the "continuance of the trial"
20 sought by Defendants appearing at the pretrial conference held
21 August 22, 2006, was denied.  The AFPO discusses the continuance
22 request in section XIV (B).  That section is stricken since it is
23 unclear whether the continuance standard mentioned in that section is
24 the correct standard.  But the continuance motion is denied because it
25 has not been made under applicable local rules, which are intended to
26 /////
27 /////
28 /////

provide a framework for a fair and orderly resolution of disputes.[1]

Second, IV requests clarification of the issues preserved in sections III (B)(9)-(10) of the AFPO, but has not shown this is necessary.

IT IS SO ORDERED.

Dated: August 31, 2006

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The continuance matter was also argued in the parties' Amended Joint Status Report filed August 10, 2006, but no authority was cited by either party. Further, IV's objection appears to include argument it did not make at the August 22 pretrial conference.