IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
VESTA FIRE INSURANCE CORP.,        )
                                   )    2:04-cv-0296-GEB-EFB
               Plaintiff,          )
                                   )    ORDER
     v.                            )
                                   )
INSURANCE VENTURES, INC.; PAUL     )
MCNEECE ROESSER; ROLAND CLARK      )
COLTON; STEPHANIE FRANCIS SMITH;   )
CARL FRANK; and LAW OFFICES OF     )
COLTON & ROESSER,                  )
                                   )
               Defendants.         )
                                   )
```

On September 1, 2006, a Joint Notice of Tentative Settlement was filed in which the parties state: "All of the parties have reached a tentative settlement agreement subject to approval by the necessary regulatory, judicial and governmental authorities in the state of Texas, relating to the liquidation of Vesta Fire Insurance Company." (Joint Notice of Tentative Settlement at 1.)  Further, the parties "request that the trial date set for September 26, 2006, be vacated and that all other requirements of the pretrial and amended pretrial orders also be vacated."  (Id.)  This request is granted.

The parties also state they are "uncertain" when "anticipated . . . approvals will be forthcoming from all the necessary agencies . . . ."  (Id.)  Since this "uncertainty" is

1

1  understood, given the nature of this case, a dispositional document
2  need not be filed until November 3, 2006.  See L.R. 16-160(b)
3  (stating "the Court shall . . . fix a date upon which the documents
4  disposing of the action . . . must be filed").  If the parties are
5  unable to file a dispositional document by this time, in lieu thereof
6  the parties shall file a joint status report in which they need only
7  state the approximate date upon which a dispositional document will be
8  filed.
9           IT IS SO ORDERED.
10 Dated:  September 1, 2006

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge