| PROB 22 | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 0972/2:03CR00128-01 |
| **TRANSFER OF JURISDICTION** | | |
| E-filing  CR06-00684 | | DOCKET NUMBER (Rec. Court) |

FILED
NOV 6 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| NAME AND ADDRESS OF PROBATIONER | DISTRICT | DIVISION |
|---|---|---|
| Charlotte Ann AARON<br>566 South 45th Street<br>Richmond, California 94804 | Eastern District of California | Northern |
| | **NAME OF SENTENCING JUDGE** | |
| | The Honorable William B. Shubb | |
| | **DATES OF PROBATION:** | **FROM** 12/17/2003 — **TO** 12/16/2008 |

**OFFENSE**   18:287- Making False Claims (Class D Felony)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8/31/2006
Date                              United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer be accepted and assumed by this Court from and after the entry of this order.

SEP 1 3 2006
Effective Date                    United States District Judge

cc:   United States Attorney's Office
      FLU Unit-United States Attorney's Office
      Fiscal Clerk-Clerk's Office



RECEIVED
U.S. PROBATION OFFICE
OCT 2 3 2006
EASTERN DISTRICT, CALIFORNIA
SOUTH AREA/SACRAMENTO

Rev. 05/2006
TRANSFER OF JURIS (PROB22).MRG