IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VESTA FIRE INSURANCE CORP., | |
| Plaintiff, | 2:04-cv-0296-GEB-EFB |
| v. | ORDER |
| INSURANCE VENTURES, INC.; PAUL MCNEECE ROESSER; ROLAND CLARK COLTON; STEPHANIE FRANCIS SMITH; CARL FRANK; and LAW OFFICES OF COLTON & ROESSER, | |
| Defendants. | |

The parties were required to file a dispositional document no later than February 5, 2007. No dispositional document has been filed. It will be assumed that this action can be dismissed without prejudice, and a dismissal order could issue, if a satisfactory explanation as to why the action should not be dismissed is not provided on or before April 30, 2007.

IT IS SO ORDERED.

Dated: April 20, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

1