1 | Robert J. Romero (SBN 136539)
2 | Joseph J. De Hope, Jr. (SBN 79271)
    HINSHAW & CULBERTSON LLP
    One California Street, 18th Floor
3 | San Francisco, CA 94111
    Telephone:   (415) 362-6000
4 | Facsimile:    (415) 834-9070

5 | Attorneys for Defendant
    INSURANCE VENTURES, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VESTA FIRE INSURANCE CORP., | Case No. 2:04-cv-0296-GEB-EFB |
| Plaintiff, | **(PROPOSED) ORDER RE DISMISSAL** |
| vs. | |
| INSURANCE VENTURES, INC.; PAUL MCNEECE ROESSER; ROLAND CLARK COLTON; STEPHANIE FRANCIS SMITH; CARL FRANK; LAW OFFICES OF COLTON & ROESSER; DOES 1 through 10, | |
| Defendant. | |

Pursuant to the stipulation of counsel, and for good cause shown, IT IS HEREBY ORDERED that the prior Order of this Court re dismissal dated April 20, 2007 is vacated and this action shall be dismissed on June 1, 2007 unless a satisfactory explanation as to why the action should not be dismissed is provided on or before May 31, 2007.

Dated: April 30, 2007

_____
Garland E. Burrell Jr.
United States District Judge

1
(PROPOSED) ORDER RE DISMISSAL 2:04-cv-0296-GEB-EFB