John S. Pierce (074908)
Michael D. Haupt (197093)
Dawn N. Valentine (206486)
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California  94108
Telephone:  (415) 434-2800
Facsimile:   (415) 434-2533

*Attorneys for Plaintiff/Counterdefendant*
VESTA FIRE INSURANCE CORP.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VESTA FIRE INSURANCE CORP., | Case No. 2:04-cv-0296-GEB-EFB |
| Plaintiff, | **(PROPOSED) ORDER RE DISMISSAL** |
| vs. | |
| INSURANCE VENTURES, INC.; PAUL MCNEECE ROESSER; ROLAND CLARK COLTON; STEPHANIE FRANCIS SMITH; CARL FRANK; LAW OFFICES OF COLTON & ROESSER; DOES 1 through 10, | |
| Defendant. | |

Pursuant to the stipulation of counsel, and for good cause shown, IT IS HEREBY ORDERED  that the prior Order of this Court re dismissal dated July 27, 2007 is vacated and this action shall be dismissed on November 1, 2007 unless a satisfactory explanation as to why the action should not be dismissed is provided on or before that date.

Dated: October 1, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

CASE NO.: 2:04-cv-0296-GEB-EFB

(PROPOSED) ORDER RE DISMISSAL