IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VESTA FIRE INSURANCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> INSURANCE VENTURES, INC.; PAUL MCNEECE ROESSER; ROLAND CLARK COLTON; STEPHANIE FRANCIS SMITH; CARL FRANK; and LAW OFFICES OF COLTON & ROESSER, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM AND THIRD PARTY COMPLAINT. | 2:04-cv-0296-GEB-EFB <br><br> ORDER |

Pursuant to the letter filed December 4, 2007, this action is dismissed without prejudice.

IT IS ORDERED.

Dated: December 5, 2007

GARLAND E. BURRELL, JR.
United States District Judge

1